FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICOLE LEE SUNNY CLOUD,<br>Defendant. | No. 1:25-CR-02139-SAB-1<br><br>**ORDER DISMISSING INDICTMENT** |

A status conference in the above-captioned matter was held on August 27, 2026, in Spokane, Washington. Defendant was present, out of custody, and was represented by Juliana M. Van Wingerden. The United States was represented by Benjamin Seal, who appeared over videoconference.

At the hearing, the United States made an Oral Motion to Dismiss the Indictment, indicating Defendant's cooperation and overall positive behavior warrants a dismissal. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court will grant the Oral Motion, but makes no judgment as to the merit or wisdom of this dismissal.

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The Indictment in the above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 31st day of August 2026.

Stan Bastian
Chief United States District Judge